IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


MARGARET THOMPSON, on behalf of DAVID THOMPSON,

     Plaintiff,

v.                               CASE NO. 1:06-cv-00234-MP-WCS

MICHAEL J ASTRUE,

     Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 24, Report and Recommendation of the

Magistrate Judge, recommending that the decision of the Commissioner to deny Plaintiff's

application for Social Security benefits be reversed and the Commissioner be ordered to grant

Plaintiff's application for disability benefits.  The Commissioner did not object, and the time for

filing objections has passed.  The Court agrees with the Magistrate Judge that the ALJ

incorrectly discounted the opinion of the treating psychiatrist that plaintiff suffered depression

and bipolar disorder severe enough to satisfy Listing 12.04.  For the reasons given on pp. 11-12

of the Report and Recommendation, the Court agrees that Plaintiff meets the requirements of this

Listing and should be awarded benefits.  Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     The Report and Recommendation is adopted and incorporated herein.

     The decision of the Commissioner to deny Plaintiff's application for Social Security
benefits is reversed and the Commissioner is ordered to grant Plaintiff's application for
disability benefits

     **DONE AND ORDERED** this  4th  day of January, 2008

              *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge