IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARGARET THOMPSON,

    Plaintiff,
v.                                                         CASE NO. 1:06-cv-00234-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 31, Motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, to which the government has agreed, Doc. 33. That motion is granted, and Plaintiff is entitled to fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $3,235.91.

    **DONE AND ORDERED** this  *28th*  day of May, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge